IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00983-EWN-MJW

DAVID SEALS,

Plaintiff(s),

v.

INTERNATIONAL BUSINESS, et al.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (docket no. 16) is GRANTED. The written Stipulated Protective Order is APPROVED as tendered and made an Order of Court.

Date: August 14, 2007