**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  07-cv-00983-EWN-MJW

**DAVID SEALS**,

       Plaintiff,

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION d/b/a/ IBM GLOBAL SERVICES, a Delaware Corporation authorized to do business in Colorado,**

       Defendant.

_____

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S THIRD AND
FIFTH CLAIMS FOR RELIEF**
_____

THIS MATTER having come before the court upon Plaintiff's Unopposed Motion to Dismiss with Prejudice Plaintiff's Third and Fifth Claims for Relief, and the court, having reviewed the pleadings and being fully advised in the premises,

FINDS that Defendants have moved to dismiss Plaintiff's third and fifth claims for relief and Plaintiff has moved to dismiss such claims with prejudice; therefore, it is

ORDERED that Plaintiff's third and fifth claims for relief, Hostile Work Environment-Race and Hostile Work Environment-Age, respectively, shall be and hereby are dismissed with prejudice.  Each party shall bear its own attorney fees and costs relating to these motions.  It is further

ORDERED that the Motion to Dismiss Certain Claims Pursuant to Fed. R. Civ. P. 12(b)(1) (#15) is DENIED as moot.

Dated this 10th day of September 2007.

                                              BY THE COURT

                                              s/ Edward W. Nottingham
                                              Chief District Court Judge