IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00983-EWN-MJW

DAVID SEALS,

Plaintiff(s),

v.

INTERNATIONAL BUSINESS, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Complaint to Add Claim (docket no. 27) is GRANTED pursuant to Fed. R. Civ. P. 15(a). The Amended Complaint is accepted for filing today.

Date: September 10, 2007