IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00983-EWN-MJW

DAVID SEALS,

Plaintiff(s),

v.

INTERNATIONAL BUSINESS, et al.,

Defendant(s).

---

MINUTE ORDER

---

It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (docket no. 37) is GRANTED as follows.  The deadline to disclose experts is extended to December 6, 2007.  The deadline to disclose rebuttal experts is extended to January 8, 2008.  All depositions including the expert witness depositions shall be completed by the discovery cut off date which is February 4, 2008.  All written discovery in the forms of interrogatories, request for production of documents and request for admissions shall be served on or before January 2, 2008.  The Preliminary Pretrial Conference set on November 8, 2007, at 8:30 a.m. is VACATED and RESET on January 22, 2008, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.   The parties shall file their proposed Preliminary Pretrial Order with the court five (5) days prior to the Preliminary Pretrial Conference hearing.  The Rule 16 Scheduling Order is amended consistent with this minute order.

It is FURTHER ORDERED that all discovery related motions shall be filed on or before February 11, 2008.

Date:  October 19, 2007