IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 07-cv-00983-EWN-MJW

DAVID SEALS,

Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION d/b/a IBM GLOBAL SERVICES, a Delaware corporation authorized to do business in Colorado,

Defendant.

---

**ORDER** ( Docket No. 42 )

---

THIS MATTER is before the Court on Jennifer C. Miner's Motion to Withdraw as counsel for Defendant International Business Machines Corporation. This Court being fully advised in the premises, and for good cause shown,

ORDERS that the Motion is GRANTED. Jennifer C. Miner of Holme Roberts & Owen LLP is no longer counsel of record for the Defendant.

Dated this 26th day of October, 2007.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

#1286146 v1